UNITED STATES DISTRICT COURT  FILED BY _____ D.C.

for  05 SEP 29 PM 3: 11

WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD
CLERK, US D___ ___ ___URT
W/D OF ___ MEMPHIS

U. S. A. vs. __Quentin D. Helton__   Docket No. __2:03CR-20079-001__

## Petition on Probation and Supervised Release

**COMES NOW** __Daryl K. Butler__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Quentin D. Helton__ who was placed on supervision by the Honorable __J. Daniel Breen__ sitting in the Court at __Memphis, TN__ on the __15th__ day of __October,__ 2003, who fixed the period of supervision at __two (2) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $13,369.50. ( Balance: $11,189.50)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $13,369.50 restitution as ordered by the Court.**

Quentin D. Helton is unable to satisfy the restitution as ordered by the Court. He has made monthly payments to the best of his ability ranging from $20.00 to $360.00. Mr. Helton has signed an agreement with the U.S. Attorney Financial Litigation Unit to continue payments in the amount of $150.00 per month.

**PRAYING THAT THE COURT WILL ORDER** that Quentin D. Helton's Probation be allowed to expire as scheduled on October 14, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 29th day of ____, 20 05 and ordered filed and made a part of the records in the above case. | Daryl K. Butler<br>United States Probation Officer |
| _____<br>United States District Judge | Place __Memphis, Tennessee__<br><br>Date __September 26, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-30-05__

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CR-20079 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Bruce Kelley
LAW OFFICE OF BRUCE KELLEY, JR.
100 N. Main Street
Ste. 3217
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT